UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| EASTERN FISHERIES, INC. ) | |
| Plaintiff ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | |
| AIRGAS-EAST, INC. AIRGAS USA, LLC ) | |
| and CES, INC. ) | |
| Defendants ) | |

NOTICE OF REMOVAL

Defendant, CES Inc. ("CES"), by and through its counsel, Dunbar Law PC, with the consent of co-defendants, Airgas-East, Inc. ("Airgas East") and Airgas USA, LLC ("Airgas USA") respectfully files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446,[1] and as grounds state the following:

1. On June 4, 2014, the Plaintiff filed the attached Complaint against the CES and Airgas East alleging various tort and contract claims arising out of Eastern Fisheries purchase of a commercial freezer. Eastern Fisheries alleges that the commercial freezer did not work as it was supposed to and was not timely repaired resulting in losses of productivity. The Civil Action Cover Sheet attached to the Complaint alleges that Eastern Fisheries has suffered "~$1,000,000.00" in damages. CES, Inc. was served on June 23, 2014 pursuant Rule 4 of the Massachusetts Rules of Civil Procedure with the original Complaint.

2. On July 9, 2014, prior to any defendant filing a notice of appearance or a responsive pleading, the Plaintiff filed the attached Amended Complaint in Bristol Superior

---
[1] All of the Defendants specifically reserve all of its rights pursuant to Fed. R. Civ. P. 12 to seek dismissal of the Amended Complaint upon Removal.

Court adding an additional defendant, Airgas USA alleging that Airgas USA is the "parent, principal, partner, or alter ego of Airgas East, Inc. and additional and alternatively is a successor in interest to Airgas East, Inc."[2] The Amended Complaint has not been formally served on CES, but it has obtained a copy from the Bristol County Suffolk Superior Court Clerk's Office.

3. Co-Defendants, Airgas East and Airgas USA, have not been formally served with the Complaint, but its counsel has obtained copies of the Complaint and the Amended Complaint from the Bristol County Superior Court's Clerk's Office.

4. As set forth in the Amended Complaint, Plaintiff, Eastern Fisheries is a corporation with a principal place of business located in New Bedford, Massachusetts.

5. CES is a corporation organized under the laws of Ohio with its usual place of business in Cincinnati, Ohio.

6. Airgas USA, LLC is a Delaware limited liability company with a principal place of business located at 259 N. Radnor-Chester Road Suite 100, Radnor, Pennsylvania.

7. Airgas East, Inc. was a corporation organized under the laws of Delaware but was merged into Airgas USA and is no longer an operating entity.

8. The attached Complaint (and Amended Complaint) is a civil action, in which, pursuant to 28 U.S.C. 1332, diversity of citizenship exists with respect to the parties, and in which the amount and controversy exceeds $75,000, exclusive of interest and costs. The Plaintiff's civil action cover sheet in the State Action identifies "~1,000,000.00" in damages. As such, the amount and controversy certainly exceeds $75,000. Accordingly, pursuant to 28 U.S.C. 1441, CES, Inc. removes this action to the United States District Court for the District of Massachusetts.

---

[2] Airgas East is no longer an operating entity as it was merged into Airgas USA in 2012.

9. Defendant has timely sought removal of this action within thirty (30) days of receipt of the Summons and Amended Complaint in the State Court Action as required by 28 U.S.C 1441(b).

10. Copies of the Amended Complaint, Complaint, State Court Civil Action Coversheet, Tracking Order and the Affidavit of Michael Johnson of CES confirming that it was served on June 23, 2014 are filed with this Notice of Removal.[3] *See* Exhibit 1 attached hereto.

11. Pursuant to 28 U.S.C. 1446(b), the Defendant will promptly give notice of this filing to Plaintiff's counsel, and will file a copy of this Notice of Removal with the Bristol County Superior Court Clerk's Office.

9. CES, Inc. reserves its right to supplement and amend this Notice of Removal.

10. Airgas USA's and Airgas East's Consent to Removal is attached hereto as Exhibit 2.

WHEREFORE, CES, Inc., with the consent of Airgas East and Airgas USA, respectfully requests that this Complaint (and Amended Complaint) be removed to United State District Court for the District of Massachusetts in accordance with the provisions of the United States Code.

---

[3] This Affidavit is being filed in lieu of a return of service, because the return of service does not yet appear on the state court docket.

Respectfully Submitted,

CES, INC.

By its Attorneys

/s/ Ronald W. Dunbar, Jr.

_____
Ronald W. Dunbar, Jr., BBO#567023
Andrew E. Goloboy, BBO#663514
DUNBAR LAW PC
197 Portland Street, 5th Floor
Boston, MA 02114
(617) 244-3550
dunbar@dunbarlawpc.com
goloboy@dunbarlawpc.com

Dated: July 22, 2014

## CERTIFICATION OF SERVICE

I, Ronald W. Dunbar, Jr., Esquire, hereby certify that on this 22 nd day of July, 2014 that I have served a copy of this Notice of Removal and Exhibits upon counsel for the Plaintiff and Co-Defendants, Airgas-East, Inc. and Airgas USA, LLC, first class mail, postage pre-paid at the following address:

Grace V.B. Garcia
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

James Hoyt
Hoyt Legal, LLC
63 South Street
Suite 300
Hopkinton, MA 01748