UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EASTERN FISHERIES, INC.,<br>Plaintiff,<br><br>v.<br><br>AIRGAS – EAST, INC.,<br>AIRGAS USA, LLC, and<br>CES INC.,<br>    Defendants. | Civil Action No. 1:14-cv-13073-LTS |

**STIPULATION OF DISMISSAL**

It is hereby stipulated by Plaintiff, Eastern Fisheries, Inc., and Defendants, Airgas USA, LLC and CES Inc. that the above-entitled action and all claims and/or counterclaims therein be dismissed with prejudice and without costs to any party. All parties waive all rights of appeal.

Plaintiffs,
By Its Attorney,

_/s/ Gregg M. Lysko_
Gregg M. Lysko BBO#566627
Hoyt Legal, LLC
63 South Street, Suite 300
Hopkinton, MA 02324
508-435-3000

Defendant, Airgas USA, LLC
By Its Attorney,

_/s/ Grace Garcia_
Grace Garcia BBO#640970
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-439-7500

Defendant CES Inc.
By Its Attorney,

_/s/ Andrew E. Goloboy_
Andrew E. Goloboy BBO#663514
DUNBAR LAW P.C
197 Portland Street, 5th Floor
Boston, MA 02114
617-244-3550

DATE: May 5, 2016